# United States Court of Appeals
## For the First Circuit

No. 02-1059

BONNIE BRYSON and CLAIRE SHEPARDSON, on behalf of themselves and
all others similarly situated,

Plaintiffs, Appellees,

v.

DONALD SHUMWAY, in his capacity as Commissioner of NEW HAMPSHIRE
DEPARTMENT OF HEALTH AND HUMAN SERVICES,
SUSAN FOX, in her capacity as Director of NEW HAMPSHIRE DIVISION
OF DEVELOPMENTAL SERVICES,

Defendants, Appellants.

ERRATA SHEET

The opinion of this Court issued on October 15, 2002 is
amended as follows:

Page 3, line 6: insert the following text before "the
plaintiff class":  "He-M 522.02(a) (2002).  Bryson, Shepardson,
and"